1  Shreepriya Gopalan
2  2533 Northside Dr, Apt 531
3  San Diego, CA 92108
4  (619)241-1747

FILED
2009 APR 27 PM 3:11
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## United States District Court
## Southern District of California

| | | |
|---|---|---|
| Shreepriya Gopalan, | ) | Case No.: [Case number] |
| vs. | ) | '09 CV 0877 BEN   AJB |
| Companies or Businesses as listed below, | ) | Complaint For: |
| Microsoft Corporation | ) | Suing Companies for Business Ownership |
| Wells Fargo | ) | legal documents. |
| Chase Bank | ) | |
| Cable TV network | ) | Also Suing them for false Advertising |
| CNN | ) | messages and operating Businesses when |
| NBC | ) | unauthorized. |
| ABC | ) | |
| Food Network | | Also Suing them for Civil Harassment, mental |
| Toon | | torture, abuse and sexual harassment as well. |
| AMC | | |
| General Electric | | Property Damage, Personal Injury, Punitive |
| McDonalds | | damages are claimed in this pleading. |
| StarBucks | | |
| Subway | | |
| Yahoo | | |
| Google | | |
| Sony | | |
| Capital One | | |
| Pfizer | | |

United States District Court, Southern District of California - 1

| | |
|---|---|
| 1 | Novell |
| 2 | Nordstrom |
| 3 | Macys |
| 4 | Saks Fifth Avenue |
| 5 | Chipotle |
| 6 | Noodles and Company |
| 7 | Taco Bell |
| 8 | Olive Garden |
| 9 | Burger King |
| 10 | KFC |
| 11 | Wendys |
| 12 | Dennys |
| 13 | Delta Airlines |
| 14 | Walmart |
| 15 | Sears |
| 16 | Pepsi |
| 17 | Coca Cola |
| 18 | Hersheys |
| 19 | Apple |
| 20 | Verizon |
| 21 | Cigna |
| 22 | AT&T |
| 23 | Dell |
| 24 | IBM |
| 25 | Accenture |
| 26 | Philips |
| 27 | Jeromes Furniture |
| 28 | Harpo Productions |
| 29 | Warner Brothers |
| 30 | Time Warner Cable |
| 31 | Tiffany & Co |
| 32 | Loreal |

Ritz Carlton Hotels

ZipLip Inc (zlti technologies)

Trinuc LLC

Mascon Global Ltd (MGL – Americas)

Encore Capital Group (Midland Credit Management)

Codonics

Enterprise Business Solutions

---

**Plaintiff Alleges:**

I, Shreepriya Gopalan, the plaintiff have the following complaint against all the Defendants named above:

**I. Plaintiff claims damages incurred due to Loss of Intellectual Property, Fraud, Loss of Income, Loss of Financial Property, Distress, Mental and Physical Distress, Civil Rights, Loss of Business Ownership**

1. The Defendants named above do not have any legal authorization or Business License to perform their Business at any location in the United States or internationally.
2. Most of the Companies/Corporations do not have any Executives or a Board physically present at any time at any location. The Executive names associated with these Businesses are fraudulent since the persons do not exist in reality.
3. The Names and Pictures that may have appeared for Executives and Employees of these companies (defendants) in the Media are fraudulent and do not exist as well.
4. I declare that I am the true Business Owner of every one of these Companies named as defendants above. This declaration is because of the following facts:

     a.    These companies were I Chinged in through a Metaphysical layer created and owned by me.

     b.    I did not give any authority to any of these companies to own or operate out of any city, state or country at any time.

     c.    The products and services sold by these companies have been invented by my creative thinking. They got I Chinged to be sold in stores.

     d.    All Products, Services, Business Solutions, Methodologies, Infrastructure and Organization ideas, Business Methodologies, Product Feature and Capability Creation, Sales, Business Development, Globalization of Businesses, Technologies, Operations, Processes, Outsourcing, Offshore Business Management ideas have been a result of my Creative Brilliance, High Ideals and Ideologies.

     e.    Unfortunately, these achievements went unrecognized as my sources of income and livelihood. They have also failed to bring me the necessary fame and fortune associated with it.

     f.    Fortunately, the Business Ownership rights and titles are still mine and no person or party other than myself has their name on it.

     g.    Unfortunately, I do not have the necessary documents that can prove that I am indeed the Business Owner. The reason for this is a tragedy that must be reckoned with and that must be rectified by all and sundry.

5. I, hereby request the Federal Court to sue the defendants for the money and the Business Ownership rights and documents that are rightfully mine.

6. I am aware that this money is available at the sources and a lot of it is revenue generated by the businesses themselves. The Business Ownership documents are available at the site of the defendants as well.

7. The court may verify the addresses and names of the Defendants from any available Directory to contact them for this purpose. The contact information is also available on the internet, also a product of my creation. Basic contact information is available with the name of the defendants in the list above.

8. The events of I Ching that have resulted in the creation and existence of diverse industries, businesses and companies in the country as well as in some other countries abroad – Asia have inflicted immense sadness, anxiety, disappointment, emotional and financial stress in my life. I have been diagnosed with depression and anxiety in the past and have been on medication for the same.

9. Instead of being recognized as the richest persons in the world as the owner of these businesses, I have been left to strive in this world as a Computer Engineer. I have degrees and have undergone the necessary training for the same, having gone through High School and 2 Universities in India and in the United States to obtain a Bachelor's and a Master's Degree in Computer Science. I have worked for 9 years in IT and possess a genuine resume and have only been hired with interviews and in no other special way. None of the others I work with have ever been interviewed. I am currently unemployed and have been since March of this year. I have applied for Unemployment benefits.

10. I Ching itself was invented by me at a very young age, at about 15 or 16 due to an accidental discovery of the metaphysical layer because of my overworked and curious brain one night. I woke up to new surroundings and to an environment that looked like a layer and hence I termed it the Metaphysical layer since I recognized that events in the layer were taking place by consciously directing thoughts in my mind.

11. Unconscious thoughts are now being abused and this is very difficult to control, especially since they direct the events in my life. It is tragic and traumatizing to me to be directing events in my life with the help of uncontrollable unconscious thoughts and a subconscious mind instead of just a conscious mind or simply the I Ching Bell or gadget.

12. I don't know why this otherwise civil and kind world does not want to stop this evil by just giving me the bell or the key in spite of my asking them for it several times so that I, like almost everyone in this world can live free with the power of I Ching.

II. **Plaintiff claims damages incurred due to Abuse, Civil Harassment, Sexual Harassment, Mental and Physical Abuse, Distress, Mental and Physical**

**Exhaustion, Stress, Loss in ability to enjoy life, loss of income, strife, anxiety, depression, Humanity, Human Rights**

13. I have experienced a lot of trauma and have been tortured by I Ching, not just by the phenomenal events that have transpired but also by the ways of the people who have used it without the rights for usage. I Ching has been abused by these people for the sake of trivial pleasures, sadistic pleasures and torture. It is a tool that is used like Voodoo and BlackMagic by these criminals who must be brought to justice.

14. They have used it to abuse my mind and body and have indulged in remote brain control tactics, thought reading, mind talk, playing with the nerves, tissues and internal organs of the body. They are still indulging in these torture techniques and sleep deprivation techniques as well resulting in acute stress and insomnia.

15. They monitor me in every aspect of my life – my home, my workplace, my bedroom, bathroom, social life, at the mall etc. They talk to me in my head 24/7 sometimes through the night as well. It is unbearable and this has been going on intermittently and now continuously since 2004.

16. The I Ching people in this world have also altered the way I think, the thoughts that I think, my speech, my grammar, the way I walk and my appearance. I am now a 5'5", black eyed, overweight, stubby nosed, brown, Indian Asian IT/Computer Engineer instead of a 5'7" blue eyed, Long, Sharp Nosed, White, Supermodel, a Queen, a Media Star, a Business Tycoon.

17. All of Hollywood and the rest of the Entertainment industry, Media, TV, Radio, Internet, Newspapers etc have been I Chinged by me and hence have my values (as it sounds and seems on TV), variations of my voice, my business acumen, My language English: A lot of the English Language and the Grammar was discovered and studied by me and hence all of this has gone over to World) and my looks. There are atleast 20 women and men in Hollywood and everywhere else who share my original looks with some minimum tweaking. People I work with have shared these looks as well.

18. People from my family, workplace, from my past – school, college, university, ex-employers, co-workers, people I meet on a day to day basis all form this group

of people who are otherwise popularly called paranormal beings. These people use the gadget – the I Ching Bell or Over Key to "Go Over" and be real people from being Paranormal Beings or Shadow Objects in a metaphysical layer.

19. I was put through so much trauma and terror through this layer, that I had to seek medical help for mind reading and mind talk. The doctors only went as far as to diagnose me with Schizophrenia and Bipolar disorder which I am completely offended by for everything that my mind has contributed to science, society and the economy. I was asked to take medications like Prozac and Zyprexa because family, friends, the society, employers, coworkers and doctors refused to even acknowledge the pain and hurt I had gone through for having lost I Ching as my magical tool.

20. They refused to come out in the open with I Ching. Things have still not changed on that front either. Any mention of I Ching and its description prompts people to be unkind enough to point fingers, mock and call it a mental problem.

21. I am yet to convince people in this layer or work my mind and thought waves to get them to surrender this to me. They work in it like mad people and don't seem to go away even after I have warned them of consequences like sending them to prison once I have it restored to me.

22. They have also used this tool to work on my appearance and have changed the way I look completely.

23. These I Ching abusers have used it to live, work, communicate and socialize. They possess no history, no educational background, no degrees or diplomas, no remuneration to buy vehicles, homes and absolutely no training in communicating or socializing.

24. They have used the magical powers of I Ching and the metaphysical layer that has bestowed a world of abundance. These powers are captured in a device or a gadget and is being used by them to live as stated above.

25. It does not require any form of guidance or training to use for the sake of the tasks stated above including the basic necessities like walking, talking, driving, clothing, buying, selling, being civil and even working in large corporations with titles like Managers, Directors, Engineers, Doctors and all other types of personnel. This of course is only because I have had to work in some of these

companies and hence it needed some resources to be placed in roles with titles. The other Business workers you see outside in restaurants, courts, offices were put there so I could atleast live under these circumstances.

26. It is this Phenomenon, now a device that has produced the world of business and the companies. The owner of this device and the creator of this phenomenon is me – Shreepriya Gopalan and I must have the money, the businesses and the device as soon as the court can get it to me.

27. I have complained to Police Headquarters in Chicago, IL and San Diego, CA. I have also called and sent mails complaining about the same to the FBI. Nothing has been done to stop this. I have also written to the district and federal courts in the past for this to end, but in vain.

28. I quote from the defendants an amount of 50 billion USD's for all the damages I have incurred – personal, property damage, intellectual property damage, perjury, sexual harassment and mental torture, wasteful trips to the psychiatrist and the pharmacy for everything from sinuses, migraines to mental disorders. I would also like the court to put an end to this torture and to this false world I live in.

04/27/2009

2533 Northside Dr, Apt 531

San Diego, CA 92108

Shreepriya Gopalan

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**: SHREEPRIYA GOPALAN

**DEFENDANTS**: COMPANIES AND BUSINESSES LISTED IN COMPLAINT — SEATTLE

2009 APR 27 PM 3:10

**(b)** County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known): '09 CV 0877 BEN   AJB

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

TORTS — PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury – Med. Malpractice
- ☐ 365 Personal Injury – Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☒ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

CIVIL RIGHTS
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities – Employment
- ☐ 446 Amer. w/Disabilities – Other
- ☐ 440 Other Civil Rights

PRISONER PETITIONS
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

FORFEITURE/PENALTY
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus – Alien Detainee
- ☐ 465 Other Immigration Actions

BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

OTHER STATUTES
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): FRAUD
28:1332 Brief description of cause: ILLEGAL AND UNAUTHORIZED BUSINESS OPERATION

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 50 BILLION USD
CHECK YES only if demanded in complaint: YES
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: 04/27/2009   SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

IFP pending