**PLAINTIFF/PETITIONER/MOVANT'S NAME:** SHREEPRIYA GOPAL

**PRISON NUMBER:**

FILED
2009 APR 27 PM 3:10
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**PLACE OF CONFINEMENT:**

**ADDRESS:** 2533 NORTHSIDE DR, #531
SAN DIEGO, CA 92108

# United States District Court
## Southern District Of California

SHREEPRIYA GOPALAN.
Plaintiff/Petitioner/Movant

v.

BUSINESSES AND COMPANIES IN USA.
Defendant/Respondent

Civil No. '09 CV 0877 BEN  AJB

(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

In further support of this application, I answer the following question under penalty of perjury:
1. Are you currently incarcerated?    Yes    No X    (If "No" go to question 2)
   If "Yes," state the place of your incarceration
   Are you employed at the institution?                    Yes    No
   Do you receive any payment from the institution?        Yes    No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                                           ::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   _____MARCH 2009_____
   _____6,400 / mth_____
   ENCORE CAPITAL CORP, 8875 AERO DR, SAN DIEGO CA 92123

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☒Yes  ☐No
   b. Rent payments, royalties interest or dividends   ☐Yes  ☒No
   c. Pensions, annuities or life insurance            ☐Yes  ☒No
   d. Disability or workers compensation               ☐Yes  ☒No
   e. Social Security, disability or other welfare     ☐Yes  ☒No
   e. Gifts or inheritances                            ☐Yes  ☒No
   f. Spousal or child support                         ☐Yes  ☒No
   g. Any other sources                                ☐Yes  ☒No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.
   _____PROFESSION  20,000 USD's_____
   CURRENTLY UNEMPLOYED    no income

4. Do you have any checking account(s)? ☒Yes  ☐No
   a. Name(s) and address(es) of bank(s): ___WELLS FARGO BANK, SAN DIEGO CA___
   b. Present balance in account(s): ___400,00___

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?  ☐Yes ☒No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☒Yes  ☐No
   a. Make: ACURA     Year: 2004   Model: TL
   b. Is it financed? ☒Yes  ☐No
   c. If so, what is the amount owed? 25,000 USD's

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   Yes ___  No _X_
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   None

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

   PERSONAL DEBT → 70,000 USD to family

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):

    None

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.

    APPLIED FOR UNEMPLOYMENT BENEFITS. NOT ENOUGH TO PAY FOR RENT, UTILITIES, CAR PAYMENTS, FOOD, & GAS

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

04/27/2009
DATE

_[signature]_
SIGNATURE OF APPLICANT