# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

SHREEPRIYA GOPALAN

              V.

MICROSOFT CORPORATION et al.,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   09 CV 0877 JM (AJB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Plaintiff's request to proceed informa pauperis is granted and the complaint is dismissed with prejudice....................................................................................................................................
........................................................................................................................................

| May 6, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

S/ T. Lee
(By) Deputy Clerk

ENTERED ON May 6, 2009

09 CV 0877 JM (AJB)